IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF EDUCATION, | : : : : : | CIVIL ACTION |
| Plaintiff, | : : | No. 17-4433 |
| v. | : : | |
| D.E., individually and on behalf of A.H.D. and A.D., and Y.A.L.E. SCHOOL, | : : : | |
| Defendants. | : : | |
| DARLINE E., individually and on behalf of Az.D. and Am.D., | : : : : | |
| Plaintiff, | : : | |
| v. | : : | |
| PEDRO RIVERA, in his official capacity as Secretary of Education for the Commonwealth of Pennsylvania Department of Education, and COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF EDUCATION, | : : : : : : : : | |
| Defendants. | : : | |

# **ORDER**

**AND NOW**, this   23rd   day of April, 2018, upon consideration of Defendant Y.A.L.E. School's ("Y.A.L.E.") Motion to Dismiss (Doc. No. 16) and Plaintiff Commonwealth of Pennsylvania Department of Education's Response in Opposition, it is hereby **ORDERED**

that Y.A.L.E.'s Motion is **GRANTED IN PART** and **DENIED IN PART**. It is **FURTHER ORDERED** that:

1. Y.A.L.E.'s Motion is **GRANTED** to the extent it seeks dismissal of Count III of the Amended Complaint (Indemnification). Accordingly, Count III of the Amended Complaint is **DISMISSED WITH PREJUDICE**; and

2. Y.A.L.E.'s Motion is **DENIED** as to Count II of the Amended Complaint (Unjust Enrichment).

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE